UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS W. DELANEY,

            Plaintiff,

   -against-

JOHN PENNEL; ET AL.,

           Defendants.

24-CV-5676 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Plaintiff is directed to resubmit the signature page of the complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

    No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 30, 2024
        New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge

3. Actions taken by this city government served to conceal the nature and extent of their involvement in the conspiracy to commit battery to plaintiff.

4. The city has employed Jim Cimarossa as assistant Chief of Police.

5. Jim Cimarossa has a personal relationship with Pete Cimarossa and both are affiliated with the Sangamon County Republican Party.

### VII. Relief

As a result, Plaintiff requests a jury trial where these charges may addressed and such relief as determined by that jury.

### VIII. Jury Demand

Plaintiff has requested a jury trial.

                                              Dennis W. Delaney  
                                              pro-se  
                                              P.O. Box 1887  
                                              Springfield, Il. 62705